364

Commonwealth *v.* Kauffman, Appellant.

Argued September 20, 1960. Before Rhodes, P. J., Gunther, Wright, Woodside, Ervin, Watkins, and Montgomery, JJ.

*Donald M. Bowman,* for appellant.

*Jack M. Myers,* Assistant District Attorney, with him *Augustine J. Rieffel* and *Domenick Vitullo,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 16, 1960:

The judgments of sentence are affirmed on the opinion of Judge ULLMAN, of the Court of Quarter Sessions of Philadelphia County, as reported in 22 Pa. D. & C. 2d 421.